450 A.2d 196

Commonwealth v. Head, Appellant.

Submitted May 13, 1981. Elaine DeMasse, Assistant Public Defender, for appellant; Alan Sacks, Assistant District Attorney, for Commonwealth, appellee.

Before MONTEMURO, HOFFMAN and VAN der VOORT, JJ.

Judgment of sentence affirmed.